

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2020

No. 04-20-00395-CR & 04-20-00397-CR

**EX PARTE JUAN HERNANDEZ**

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 641471 & 641472
Honorable Rosie S. Gonzalez, Judge Presiding

# O R D E R

On October 26, 2020, appellee filed a motion for an extension of time to file its brief. Appellee's motion is GRANTED. We deem appellee's brief timely filed.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2020.

_____
Michael A. Cruz,
Clerk of Court